AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cr-00333-AJT |
| BIN HAO | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BIN HAO                                                                                                      .

Date:      01/08/2026

/s/ Nina J. Ginsberg
*Attorney's signature*

Nina J. Ginsberg/VSB No. 19472
*Printed name and bar number*
Greenspun Shapiro Ginsberg & Yang PC
3955 Chain Bridge Road, 2nd Fl
Fairfax, VA  22030

*Address*

njg@greenspunlaw.com
*E-mail address*

(703) 352-0100
*Telephone number*

(703) 591-7268
*FAX number*