IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA       )
            )
            )
v.            )    Case No. 1:25-cr-333-AJT
            )
BIN HAO,            )
            )
     Defendant.      )

## ORDER

It is hereby

**ORDERED** that Defendant's sentencing hearing is CONTINUED to June 24, 2026 at 9:00 a.m.; and it is further

**ORDERED** that the parties are directed to file supplemental briefing, per the Court's June 2, 2026 Order, [Doc. No. 26], by June 22, 2026. In addition, the parties are directed to address the losses claimed by victims in their victim impact statements, as compared to the agreed-upon loss amount of $453,917.49 stated in the Presentence Investigation Report, [Doc. No. 20] ¶ 24.

The Clerk is directed to send a copy of this Order to all counsel of record.

June 4, 2026
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge