IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:25-CR-333 |
| v. | ) | |
| | ) | Honorable Anthony J. Trenga |
| BIN HAO, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE THE SENTENCING
HEARING AND  RELATED SUPPLEMENTAL BRIEFING DEADLINES**

The government requests that the Court continue the sentencing hearing and supplemental briefing currently scheduled in the above-captioned matter.  The sentencing hearing is currently scheduled for June 24, 2026 and the related briefing is scheduled for June 22, 2026. ECF 27. The government requests that the sentencing be continued until July 22, 2026 and that the deadline for the supplemental briefing be continued until July 15, 2026. Counsel for the defendant does not oppose this request.

In support of the motion undersigned counsel notes that she was recently assigned to this matter. Before June 15, 2026, undersigned counsel was not involved with this litigation or the underlying investigation. The attorney who previously represented the government in this matter has left the U.S. Attorney's Office. Thus, undersigned counsel respectfully requests more time to learn the facts of the case so that she can accurately respond to the Court's questions presented in the June 4, 2026 Order. ECF 27.

Moreover, the defense requested certain materials related to the victim impact statements provided in this case. *See* ECF 29. Yesterday, the government voluntarily produced most of the materials requested by the defense. The government anticipates completing the production of the

1

requested materials by Friday, June 19, 2026, if not before. ECF 32. The continuance is also needed to allow the defense to have adequate time to review these materials.

Thus, for the reasons stated above, the government requests that the sentencing hearing and the related briefing scheduled in the above-captioned matter be continued until July 22, 2026 and July 15, 2026 respectively. Defense counsel does not oppose this request.

Respectfully submitted,

By:     /s/ Kathleen  E. Robeson
Kathleen E. Robeson
Assistant United States Attorney

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of June 2026, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send a notification of such filing

(NEF) to all counsel of record.

<u>/s/ Kathleen E. Robeson</u>
Kathleen E. Robeson
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office Number: (703) 299-3700
Facsimile Number: (703) 229-3982
Email Address: Kathleen.robeson@usdoj.gov

3