IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:25-CR-333 |
| v. | ) | |
| | ) | |
| BIN HAO, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon the Government's Unopposed Motion to Continue the Sentencing Hearing and

Related Supplemental Briefing Deadlines, and for good cause shown, it is hereby

ORDERED that the supplemental briefing in the above-captioned matter be rescheduled

to Wednesday, July 15, 2026; it is further

ORDERED that the sentencing hearing in the above-captioned matter be rescheduled to

Wednesday, July 22, 2026.

ENTERED this 18th day of June, 2026.

_____
Anthony J. Trenga
United States District Judge