**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   Case No. 1:25-CR-00333-001 |
| | ) |
| | ) |
| BIN HAO, | ) |
| Defendant. | ) |
| | ) |

**BIN HAO'S MOTION TO SEAL EXHIBITS TO RESPONSE TO THE
GOVERNMENT'S SUPPLEMENTAL BRIEFING ON SENTENCING ISSUES**

Bin Hao, through undersigned counsel, moves to file under seal the exhibits to his Response to the Government's Supplemental Briefing on Sentencing Issues and to file a redacted version on the public docket. Sealing is necessary to conceal personal contact information and the identities of investors.

1

Respectfully submitted,

By: */s/ Eugene V. Gorokhov*
Eugene Gorokhov, Va. Bar No. 73582
*Attorney for defendant Bin Hao*
GOROKHOV P.C.
BURNHAM & GOROKHOV
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

Nina J. Ginsberg, Va. Bar No. 19472
Attorney for defendant Bin Hao
GREENSPUN, SHAPIRO GINSBERG
& YANG PC
3955 Chain Bridge Road
Second Floor
Fairfax, Virginia 22030
(703) 352-0100 (phone)
(703) 591-7268 (fax)
njg@greenspunlaw.com

2

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2026, a copy of the foregoing Motion to Seal Exhibits to Response to The

Government's Supplemental Briefing on Sentencing Issues was filed with the Clerk of Court via

ECF, which automatically sends a copy to all counsel of record.

Respectfully submitted,

By: */s/ Eugene V. Gorokhov*
Eugene Gorokhov, Va. Bar No. 73582
*Attorney for defendant Bin Hao*
GOROKHOV P.C.
BURNHAM & GOROKHOV
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

Nina J. Ginsberg, Va. Bar No. 19472
Attorney for defendant Bin Hao
GREENSPUN, SHAPIRO GINSBERG
& YANG PC
3955 Chain Bridge Road
Second Floor
Fairfax, Virginia 22030
(703) 352-0100 (phone)
(703) 591-7268 (fax)
njg@greenspunlaw.com

3