# UNITED STATES DISTRICT COURT
# SENTENCING MINUTES

Date: **7/22/2026**
Time: **9:03-9:49**

Case No.: **1:25-CR-333**
Judge: **Hon. Anthony J. Trenga**
Reporter: **Rhonda Montgomery**
Deputy Clerk: **Dani Zirk**
Interpreter: ______
Language: ______

**UNITED STATES of AMERICA**

V.

**BIN HAO**

Counsel for Defendant
**Eugene Gorokhov**
**Nina Ginsberg**

Counsel for Government
**Kathleen Robeson**
**Jordan Harvey**

Court adopts PSI ( ) without exceptions (**X**) with exceptions: **Govt. objects to the application of the substantial hardship enhancement (overruled) and the non-application of the 10 or more victims enhancement (sustained) . Defendant objects to the non-application of a downward variance pursuant to USSG § 4C1.1 (sustained)**

**SENTENCING GUIDELINES** :
Offense Level: **16**
Criminal History: **I**
Imprisonment Range: **21** to **27** months
Supervised Probation: Ineligible
Supervised Release: Not more than **3** years
Fine Range: $**10,000** to **$907,834.98**
Restitution **TBD**
Special Assessment: $**100**

**JUDGMENT OF THE COURT:**
BOP for a term of ___ months.
Probation for a total of **3** years, with special conditions.
Fine Imposed of $____ due and payable immediately.
Restitution of **TBD**
Special Assessment **$100**
**(X)** Fine/costs of incarceration waived.

**SPECIAL CONDITIONS**:
**X** The defendant is prohibited from engaging in any aspect of the banking business, or any similar occupation where the defendant would have access to money.
**X** The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains, to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.
**X** The defendant shall provide the probation officer access to any requested financial information.
**X** The defendant shall pay restitution as determined by the Court.
**X** The defendant shall participate in a program approved by the United States Probation Office for mental health treatment and follow the rules and regulations of that program. Partial costs of this program shall be paid by the defendant, as directed by the probation officer, subject to the court's ultimate review and supervision. The defendant shall waive all rights of confidentiality regarding mental health treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

Restitution Hearing set for 9/3/2026 at 9:00 a.m.

Defendant: ( ) Remanded ( ) Cont'd on Bond (**X**) Referred to USPO ( ) Self-surrender